BENJAMIN B. WAGNER
United States Attorney
JILL M. THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,               )  MJ NO. 2:12-0270 EFB
                                        )
            Plaintiff,                  )
                                        )  ORDER RE: REQUEST TO UNSEAL
       v.                               )  COMPLAINT AND ASSOCIATED
                                        )  AFFIDAVIT
JORGE MEDINA VASQUEZ, ET AL.,           )
                                        )
            Defendants,                 )
                                        )
_____)

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaint and associated affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: October 17, 2012

United States Magistrate Judge
EDMUND F. BRENNAN

1